E-Filed/**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 12-1882**-GHK; CV 12-2139-GHK | Date | August 17, 2012 |
| Title | *In Re: Frank Wood Boyce* | | |

**Presiding: The Honorable**  **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**     **(In Chambers) Order Dismissing Appeals**

On June 20, 2012, we ordered Appellant Frank Wood Boyce ("Appellant") to show ("OSC") cause why the above-captioned appeals should not be dismissed for failure to diligently prosecute because he had not filed his opening briefs despite the fact that they were due on April 5, 2012. On July 30, 2012, we discharged our OSC and granted Appellant leave to file and serve his opening briefs within fourteen days. We warned Appellant that his failure to timely file his opening briefs would be deemed his abandonment of these appeals and, in that event, these appeals would be dismissed for failure to diligently prosecute and comply with our Orders.

The docket reflects that Appellant has failed to timely file his opening briefs. Pursuant to our July 30, 2012 Order, Appellant's failure to timely file his opening briefs is **hereby DEEMED** his abandonment of these appeals. These appeals are **hereby DISMISSED** for failure to prosecute and comply with our Orders.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |